1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                  OAKLAND DIVISION

12 HONG TAO,                              )
   YE WANG,                               ) No. C 07-1398 CW
13                                        )
                  Plaintiffs,             )
14                                        ) **ORDER GRANTING**
            v.                            ) **PARTIES' JOINT REQUEST TO BE**
15                                        ) **EXEMPT FROM FORMAL ADR**
   MICHAEL CHERTOFF, Secretary,           ) **PROCESS**
16 Department of Homeland Security;       )
   U.S. Citizenship and Immigration Services; )
17 EMILIO T. GONZALEZ, Director,          )
   U.S. Citizenship and Immigration Services; )
18 ALBERTO GONZALES, U.S. Attorney General, )
                                          )
19                Defendants.             )
                                          )
20
       Each of the undersigned certifies that he or she has read either the handbook entitled
21
   "Dispute Resolution Procedures in the Northern District of California," or the specified portions of
22
   the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute
23
   resolution options provided by the court and private entities, and considered whether this case
24
   might benefit from any of them.
25
       Here, the parties agree that referral to a formal ADR process will not be beneficial because this
26
   Complaint for Declaratory and Injunctive Relief is limited to plaintiff's request that this Court
27
   declare Defendants' denial of immigration benefits arbitrary and capricious.  Given the substance
28
   of the action and the lack of any potential middle ground, ADR will only serve to multiply the
   ADR Exemption Request
   C07-1398 CW

proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: May 29, 2007                             /s/
                                                ILA C. DEISS
                                                Assistant United States Attorney
                                                Attorney for Defendants

Dated: May 25, 2007                             /s/
                                                ROBERT B. JOBE
                                                Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/30/07                                   _Claudia Wilken_
                                                CLAUDIA WILKEN
                                                United States District Judge

ADR Exemption Request
C07-1398 CW