SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HONG TAO,<br>YE WANG,<br><br>        Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Department of Homeland Security;<br>U.S. Citizenship and Immigration Services;<br>EMILIO T. GONZALEZ, Director,<br>U.S. Citizenship and Immigration Services;<br>ALBERTO GONZALES, U.S. Attorney General,<br><br>        Defendants. | No. C 07-1398 CW<br><br>STIPULATION TO EXTEND HEARING<br>DATE ON PLAINTIFFS' MOTION FOR<br>SUMMARY JUDGMENT; and ORDER |

    The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 14-day extension of the hearing date on plaintiffs' motion for summary judgment, based on the following:

    1. Plaintiff Hong Tao filed a petition to confer derivative asylee status (Form I-730) on her husband on April 8, 2004.

    2. The plaintiffs filed their motion for summary judgment on July 20, 2007, noticing a hearing date of September 6, 2007.

    3. The United States Citizenship and Immigration Services (USCIS) issued a Notice of Intent

to Deny ("NOID") on August 1, 2007 granting plaintiffs thirty days to submit a rebuttal. Although USCIS has not yet provided plaintiffs with copies of the evidence upon which the NOID is based, counsel for defendants believes that USCIS will do so. See 8 C.F.R. § 103.2(b)(16).

4. Since counsel for defendants is out of the office this week, she has been unable to facilitate the transmittal of this evidence to plaintiff. Because the transmission of this evidence may render these proceedings moot, the parties have agreed to ask the Court to alter the schedule for their summary judgment motions.

5. Accordingly, the parties respectfully ask this Court to extend the date of the hearing on plaintiffs' motion for summary judgment, currently scheduled for September 6, 2007 to September 20, 2007, at 2:00 p.m. The defendants will file their opposition/cross-motion on August 17, 2007.

Dated: August 10, 2007                    Respectfully submitted,

                                          SCOTT N. SCHOOLS
                                          United States Attorney


                                          _____/s/_____
                                          ILA C. DEISS
                                          Assistant United States Attorney
                                          Attorneys for Defendants


Dated: August 10, 2007                    _____/s/_____
                                          ROBERT B. JOBE
                                          Attorney for Plaintiff

**CASE MANAGEMENT ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing date on Plaintiffs' Motion for Summary Judgment be continued to September 20, 2007 at 2:00 p.m.

Dated:      8/13/07                       _____
                                          CLAUDIA WILKEN
                                          United States District Judge

Stipulation to Extend
C07-1398 CW                    2