| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HONG TAO, YE WANG, | ) |
| | ) No. C 07-1398 CW |
| Plaintiffs, | ) |
| | ) |
| v. | ) STIPULATION TO VACATE HEARING |
| | ) DATE ON THE PLAINTIFFS' MOTION |
| MICHAEL CHERTOFF, Secretary, | ) FOR SUMMARY JUDGMENT; and ORDER |
| Department of Homeland Security; | ) **AS MODIFIED** |
| U.S. Citizenship and Immigration Services; | ) |
| EMILIO T. GONZALEZ, Director, | ) Date: September 20, 2007 |
| U.S. Citizenship and Immigration Services; | ) Time: 2:00 p.m. |
| ALBERTO GONZALES, U.S. Attorney General, | ) Courtroom: 2, 4th Floor |
| | ) |
| Defendants. | ) |

The plaintiffs, by and through their attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to vacate the hearing date on the plaintiffs' motion for summary judgment, which is currently scheduled for September 20, 2007, in light of the following:

1. On August 13, 2007, the Court rescheduled the hearing date on the plaintiffs' motion for summary judgment from September 6, 2007 to September 20, 2007.

2. On August 1, 2007, United States Citizenship and Immigration Services (USCIS) issued a Notice of Intent to Deny Plaintiff's Plaintiffs' application, giving Plaintiffs 30 days, or until August

Stipulation to Vacate Hearing Date
C07-1398 CW                    1

1. 31, 2007, to address questions USCIS has regarding Plaintiffs' business.

2. 3. The outcome of the administrative proceedings of this case materially impacts this litigation.

3. 4. Therefore, the parties hereby request this Court to vacate the September 20, 2007 hearing date and to hold the case in abeyance for 60 days.

Dated: August 17, 2007                    Respectfully submitted,

                                              SCOTT N. SCHOOLS
                                              United States Attorney

                                                /s/
                                              ILA C. DEISS
                                              Assistant United States Attorney
                                              Attorneys for Defendants

Dated: August 18, 2007                    /s/
                                              ROBERT B. JOBE
                                              Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties' September 20, 2007 hearing is vacated. **Plaintiffs' motion for summary judgment is denied without prejudice.** A case management conference is set for December 18, 2007, at 2:00 p.m.. The parties shall provide the Court with an updated case management statement seven days beforehand.

Dated: 8/24/07

                                              CLAUDIA WILKEN
                                              United States District Judge