1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12 HONG TAO,                            )
   YE WANG,                             )  No. C 07-1398 CW
13                                      )
                Plaintiffs,             )
14                                      )
           v.                           )  **STIPULATION TO DISMISS AND**
15                                      )  **ORDER**
   MICHAEL CHERTOFF, Secretary,         )
16 Department of Homeland Security;     )
   U.S. Citizenship and Immigration Services; )
17 EMILIO T. GONZALEZ, Director,        )
   U.S. Citizenship and Immigration Services; )
18 ALBERTO GONZALES, U.S. Attorney General, )
                                        )
19              Defendants.             )
                                        )
20

21     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

22 attorney of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in

23 light of the fact that the United States Citizenship and Immigration Services adjudicated Plaintiffs'

24 Refugee Asylee Relative Petition (Form I-730).

25     Each of the parties shall bear their own costs and fees.

26 ///

27

28

Stipulation to Dismiss
C07-1398 CW                              1

1 | Dated: September 14, 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

                     /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: September 14, 2007                      /s/
ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 9/21/07

CLAUDIA WILKEN
United States District Judge

Stipulation to Dismiss
C07-1398 CW            2